# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES DOMINGO and DOROTHY DOMINGO,

      Plaintiffs,

v.

BAC HOME LOAN SERVICING, LP, et al.,

      Defendants.

2:11-CV-1459 JCM (GWF)

### ORDER

Presently before the court is defendants BAC Home Loan Servicing, LP, et. al.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. #2). Defendants filed their motion on September 9, 2011. Plaintiffs James and Dorthy Domingo were required to respond by September 26, 2011. (Doc. #2). Plaintiffs have failed to file a response.

Pursuant to Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." *See also U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, the court will not automatically grant every unopposed motion. In *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995), the Ninth Circuit held that the court had to weigh the following factors before dismissing the action: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their

**James C. Mahan**
**U.S. District Judge**

1  merits; and (5) the availability of less drastic sanctions.

2  In light of the plaintiff's failure to respond and weighing the factors identified in *Ghazali*,
3  the court finds dismissal appropriate.

4  Accordingly,

5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to
6  dismiss (doc. #2) be, and the same hereby is, GRANTED.

7  DATED October 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -